1  JOSEPH A. ANDROVICH, SBN 261788
   **BRELSFORD, ANDROVICH & WHITE**
2  1001 G Street, Suite 301
   Sacramento, CA 95814
3  Phone: (916) 449-1300
   Fax: (916) 449-1320
4  Email: jandrovich@baw-attorneys.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE CARLSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20−CV−00810−WBS−AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Section 41(a), plaintiff ROSALIE CARLSON and defendants UNITED STATES OF AMERICA by and through their attorneys, hereby stipulate to voluntarily dismiss the entire above-captioned action as to all defendants and all causes of action without prejudice, with each side to bear its own costs, expenses and attorneys' fees.

Dated: June 16, 2020  June 16, 2020　　　　　Signed: */s/ Joseph A. Androvich*
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, ROSALIE CARLSON

///

///

Dated: June 16, 2020  June 16, 2020               Signed:*/s/ Kelli L. Taylor*
                                                  Attorney for Defendant, UNITED STATES OF AMERICA

**ORDER**

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on June 16, 2020, that Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  June 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE